AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

Cozzy

| | | |
|---|---|---|
| 1. Person Reporting (last name, first, middle initial)<br><br>McCurn, Neal P. | 2. Court or Organization<br><br>U.S. District Court N.D.N.Y. | 3. Date of Report<br><br>04/28/2009 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>P.O. Box 7365<br>100 S Clinton Street<br>Syracuse, NY 13261 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 11 A 11: 28
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | N.Y. State Employees Retirement System | $2,747.84 |
| 2. 11/10/08 | Individual Retirement Account | $16,363.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Catholic Relief Services Annuity $847 |
| 2. 2008 | Catholic Church Ext. Society $722 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS  –income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage A/Cs Sts Bds UBS & Wachovia | | | | | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. Amer Electric Power | B | Dividend | K | T | | | | | |
| 4. Heinz HJ | A | Dividend | J | T | | | | | |
| 5. Intl Business Machines | A | Dividend | K | T | | | | | |
| 6. Valero Energy Corp | A | Dividend | J | T | | | | | |
| 7. Verizon Comm | A | Dividend | J | T | | | | | |
| 8. YUM Brands | A | Dividend | J | T | | | | | |
| 9. Franklin NY T/F Income | D | Interest | M | T | | | | | |
| 10. Franklin NY T/F Income | C | Interest | L | T | Buy | 3/10 | L | | market |
| 11. NYS Dorm 4% 7/1/09 | A | Interest | K | T | | | | | |
| 12. SC Pub 4.25% 1/1/15 | A | Interest | J | T | | | | | |
| 13. Biotech Holders Dep Recpts | | None | | T | Merged (with line 14) | 6/12 | J | A | market |
| 14. Biotech Holders Tr | A | Dividend | K | T | Spinoff (from line 13) | 6/12 | K | | market |
| 15. Fairport Communications | A | Dividend | J | T | Sold (part) | 5/12 | J | | market |
| 16. Kansas City 0% 3/1/09 | | None | K | T | | | | | |
| 17. Long Island 0% 12/1/11 | | None | K | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Long Island 0% 6/1/19 | | None | K | | | | | | |
| 19. Long Island 0% 6/1/15 | | None | K | | | | | | |
| 20. Corning | A | Dividend | J | T | Buy | 9/18 | J | | market |
| 21. Corning | A | Dividend | J | | | | | | |
| 22. Franklin Temp Mut Disc | C | Dividend | L | T | | | | | |
| 23. NYS Dorm 3.5% 7/1/16 | A | Interest | J | T | Buy | 10/6 | J | | market |
| 24. NYS Dorm 3.25% 7/1/14 | | None | K | T | Buy | 9/18 | K | | market |
| 25. Campbell Strategic | D | Distribution | M | T | | | | | |
| 26. Agilent Tech Inc | | None | J | T | | | | | |
| 27. Stryker Corp | | None | K | T | | | | | |
| 28. Amer Fds Cap Wrld G&I | A | Dividend | J | T | | | | | |
| 29. Franklin Income Fd | C | Dividend | | | Sold | 11/13 | K | | market |
| 30. EOG Resources | A | Dividend | K | T | | | | | |
| 31. First Busey Corp | A | Dividend | J | T | | | | | |
| 32. Hewlett Packard | A | Dividend | J | T | | | | | |
| 33. Johnson & Johnson | A | Distribution | K | T | | | | | |
| 34. Eli Lilly | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Pfizer | A | Distribution | J | T | | | | | |
| 36. Vodafone Group | A | Dividend | J | T | | | | | |
| 37. Xerox | A | Dividend | J | T | | | | | |
| 38. Bank of America | A | Dividend | J | T | Transferred (from line 64) | 11/10 | | | |
| 39. Indymac CD 2/7/08 | A | Interest | | | Redeemed | 2/7 | J | | |
| 40. Washington Mut CD 1/24/08 | A | Interest | | | Redeemed | 1/24 | J | | |
| 41. Washington Mut CD 7/30/08 | A | Interest | | | Redeemed | 7/30 | J | | |
| 42. NYS Thruway 4.5 4/1/09 | B | Interest | K | T | | | | | |
| 43. NYS Envrnmt 4% 6/15/14 | A | Interest | K | T | Buy | 9/18 | K | | market |
| 44. NYS Govt 4/1/08 | | None | | | Sold | 3/5 | L | | market |
| 45. MTA NY Trans 7/1/13 | | None | K | T | | | | | |
| 46. NYS LOC Gvt 4/1/13 | | None | J | T | | | | | |
| 47. NYS Gvt 4/1/14 | | None | K | T | | | | | |
| 48. Sentinel Cap Mrks | A | Dividend | K | T | Buy | 11/14 | K | | market |
| 49. Intuitive Surgical Inc | | None | K | T | | | | | |
| 50. IRA Acct (UBS to Wachovia) Stks & Bnds listed below: | | | | | | | | | |
| 51. Boston Scientific | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Eli Lilly | A | Dividend | J | T | | | | | |
| 53. Halliburton Co | A | Dividend | J | T | | | | | |
| 54. Medco Health | | None | J | T | | | | | |
| 55. Simon Property Grp | B | Dividend | K | T | | | | | |
| 56. UDR Inc | B | Dividend | K | T | | | | | |
| 57. Wyeth | A | Dividend | J | T | | | | | |
| 58. Amer Express CD 12/30/11 | B | Int./Div. | K | T | Buy | 12/26 | K | | market |
| 59. Franklin T Mutual Disc | A | Dividend | K | T | | | | | |
| 60. Amer Fds-New Economy | A | Dividend | K | T | | | | | |
| 61. US Treas Strip 8/15/21 | | None | | | Sold | 12/09 | K | C | market |
| 62. Target | A | Dividend | | | Sold | 9/17 | K | D | market |
| 63. Bank of America | | None | | | Buy | 9/17 | K | | market |
| 64. Bank of America | | None | | | Distributed | 11/10 | K | | market |
| 65. Individual Account held in NPMcCurn listed as follows: | | | | | | | | | |
| 66. US Savings Bonds | | None | K | T | | | | | |
| 67. Dreyfus Emerging Leaders | C | Dividend | K | T | Buy (add'l) | 10/03 | J | | market |
| 68. Dreyfus MidCap Value | A | Dividend | K | T | Buy (add'l) | 03/03 | J | | market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Drefus MidCap Value | | None | | | Buy (add'l) | 06/30 | J | | market |
| 70. Dreyfus MidCap Value | | None | | | Buy (add'l) | 12/10 | J | | market |
| 71. Dreyfus Appreciation | A | Dividend | K | T | Buy (add'l) | 02/14 | J | | market |
| 72. Dreyfus Appreciation | | None | | | Buy (add'l) | 04/28 | J | | market |
| 73. Dreyfus Appreciation | | None | | | Buy (add'l) | 11/05 | J | | market |
| 74. Dreyfus NY Tax Exempt | B | Dividend | K | T | Buy (add'l) | 02/12 | J | | market |
| 75. Dreyfus NY Tac Exempt | | None | | | Buy (add'l) | 3/3 | J | | market |
| 76. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 4/21 | J | | market |
| 77. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 5/09 | J | | market |
| 78. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 6/5 | J | | market |
| 79. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 6/16 | J | | market |
| 80. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 7/7 | J | | market |
| 81. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 8/4 | J | | market |
| 82. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 9/3 | J | | market |
| 83. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 10/3 | J | | market |
| 84. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 10/30 | J | | market |
| 85. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 12/5 | J | | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS —income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dreyfus Stock Fund | A | Dividend | K | T | Buy (add'l) | 4/8 | J | | market |
| 87. Dreyfus Stock Fund | | None | | | Buy (add'l) | 7/2 | J | | market |
| 88. Dreyfus Stock Fund | | None | | | Buy (add'l) | 7/9 | J | | market |
| 89. Syracuse Police Fed Credit Union CDs & Base A/C | B | Interest | K | T | | | | | |
| 90. M&T Bank Syracuse Checking A/C | A | Interest | J | T | | | | | |
| 91. Metlife Bank & Money Mrk A/C | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 04/28/2009 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
NEAL P. McCURN
SENIOR JUDGE

TEL: 315-234-8590

July 9, 2009

Honorable Bobby R Baldock
Judicial Conference of the United States
  Committee of Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2008 Filing

Dear Judge Baldock:

In response to your letter dated June 17, 2009, following please find the additional information requested:

In Part VII, various assets listed which were not on prior report:

Page 4, Line 15: (X) Fairport Communications -Updated with (X) on updated on attached report
Page 5, Line 28: (Y) Amer Fds Cap Wrld G& I: On 2007 Report, Page 7 Line 54, S/B Grwth & Inc
Page 5, Line 29: (Y) Franklin Inc Fd: On 2007 Report, Page 5 Line 21, S/B Franklin Inc Fd
Page 6, Line 36: (Y)Vodafone Grp: Transfer from IRA account
Page 7, Line 54: (X) Medco Health - Updated with (X) on updated on attached report:
Page 7, Line 61: US Treas Strip 8/15/21: On 2007 Report, Page 7, Line 52

In Part VII, on prior report listed various assets but not included in current report

Page 5, Line 18: (X) M2 Fund was sold in 2005
Page 6, Line 46: New Economy: On 2008 Report, Page 7, Line 60
Page 7, Line 52: TINT TSY 8/15/21: On 2008 Report, Page 7, Line 61

In Part VII, Page 4, line 17-19, listed Value Code K in Column C(1)
Column C(2) is T for each -updated on attached report

Sincerely

Judge Neal P. McCurn

Encl.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCurn, Neal P. | U.S. District Court N.D.N.Y. | 7/9/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2008 <br> to <br> 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 7365 <br> 100 S Clinton Street <br> Syracuse, NY 13261 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 JUL 14 P 12: 09 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | N.Y. State Employees Retirement System | $2,747.84 |
| 2. 11/10/08 | Individual Retirement Account | $16,363.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Catholic Relief Services Annuity $847 |
| 2. 2008 | Catholic Church Ext. Society $722 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McCurn, Neal P. | 7/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage A/Cs Sts Bds UBS & Wachovia | | | | | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. Amer Electric Power | B | Dividend | K | T | | | | | |
| 4. Heinz HJ | A | Dividend | J | T | | | | | |
| 5. Intl Business Machines | A | Dividend | K | T | | | | | |
| 6. Valero Energy Corp -- | A | Dividend | J | T | | | | | |
| 7. Verizon Comm | A | Dividend | J | T | | | | | |
| 8. YUM Brands | A | Dividend | J | T | | | | | |
| 9. Franklin NY T/F Income | D | Interest | M | T | | | | | |
| 10. Franklin NY T/F Income | C | Interest | L | T | Buy | 3/10 | L | | market |
| 11. NYS Dorm 4% 7/1/09 | A | Interest | K | T | | | | | |
| 12. SC Pub 4.25% 1/1/15 | A | Interest | J | T | | | | | |
| 13. Biotech Holders Dep Recpts | | None | | T | Merged (with line 14) | 6/12 | J | A | market |
| 14. Biotech Holders Tr | A | Dividend | K | T | Spinoff (from line 13) | 6/12 | K | | market |
| 15. .(X)Fairport Communications (X) | | | | | | | | | |
| 16. Kansas City 0% 3/1/09 | | None | K | T | | | | | |
| 17. Long Island 0% 12/1/11 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Long Island 0% 6/1/19 | | None | K | T | | | | | |
| 19. Long Island 0% 6/1/15 | | None | K | T | | | | | |
| 20. Corning | A | Dividend | J | T | Buy | 9/18 | J | | market |
| 21. Corning | A | Dividend | J | | | | | | |
| 22. Franklin Temp Mut Disc | C | Dividend | L | T | | | | | |
| 23. NYS Dorm 3.5% 7/1/16 | A | Interest | J | T | Buy | 10/6 | J | | market |
| 24. NYS Dorm 3.25% 7/1/14 | | None | K | T | Buy | 9/18 | K | | market |
| 25. Campbell Strategic | D | Distribution | M | T | | | | | |
| 26. Agilent Tech Inc | | None | J | T | | | | | |
| 27. Stryker Corp | | None | K | T | | | | | |
| 28. (Y) Amer Fds Cap Wrld G&I | A | Dividend | J | T | | | | | |
| 29. (Y) Franklin Income Fd | C | Dividend | | | Sold | 11/13 | K | | market |
| 30. EOG Resources | A | Dividend | K | T | | | | | |
| 31. First Busey Corp | A | Dividend | J | T | | | | | |
| 32. Hewlett Packard | A | Dividend | J | T | | | | | |
| 33. Johnson & Johnson | A | Distribution | K | T | | | | | |
| 34. Eli Lilly | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer | A | Distribution | J | T | | | | | |
| 36. (Y) Vodafone Group | A | Dividend | J | T | | | | | |
| 37. Xerox | A | Dividend | J | T | | | | | |
| 38. Bank of America | A | Dividend | J | T | Transferred (from line 64) | 11/10 | | | |
| 39. Indymac CD 2/7/08 | A | Interest | | | Redeemed | 2/7 | J | | |
| 40. Washington Mut CD 1/24/08 | A | Interest | | | Redeemed | 1/24 | J | | |
| 41. Washington Mut CD 7/30/08 | A | Interest | | | Redeemed | 7/30 | J | | |
| 42. NYS Thruway 4.5 4/1/09 | B | Interest | K | T | | | | | |
| 43. NYS Envrnmt 4% 6/15/14 | A | Interest | K | T | Buy | 9/18 | K | | market |
| 44. NYS Govt 4/1/08 | | None | | | Sold | 3/5 | L | | market |
| 45. MTA NY Trans 7/1/13 | | None | K | T | | | | | |
| 46. NYS LOC Gvt 4/1/13 | | None | J | T | | | | | |
| 47. NYS Gvt 4/1/14 | | None | K | T | | | | | |
| 48. Sentinel Cap Mrks | A | Dividend | K | T | Buy | 11/14 | K | | market |
| 49. Intuitive Surgical Inc | | None | K | T | | | | | |
| 50. IRA Acct (UBS to Wachovia)Stks & Bnds listed below: | | | | | | | | | |
| 51. Boston Scientific | | None | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Eli Lilly | A | Dividend | J | T | | | | | |
| 53. Halliburton Co | A | Dividend | J | T | | | | | |
| 54. (X) Medco Health (X) | | | | | | | | | |
| 55. Simon Property Grp | B | Dividend | K | T | | | | | |
| 56. UDR Inc | B | Dividend | K | T | | | | | |
| 57. Wyeth | A | Dividend | J | T | | | | | |
| 58. Amer Express CD 12/30/11 | B | Int./Div. | K | T | Buy | 12/26 | K | | market |
| 59. Franklin T Mutual Disc | A | Dividend | K | T | | | | | |
| 60. Amer Fds-New Economy | A | Dividend | K | T | | | | | |
| 61. US Treas Strip 8/15/21 | | None | | | Sold | 12/09 | K | C | market |
| 62. Target | A | Dividend | | | Sold | 9/17 | K | D | market |
| 63. Bank of America | | None | | | Buy | 9/17 | K | | market |
| 64. Bank of America | | None | | | Distributed | 11/10 | K | | market |
| 65. Individual Account held in NPMcCurn listed as follows: | | | | | | | | | |
| 66. US Savings Bonds | | None | K | T | | | | | |
| 67. Dreyfus Emerging Leaders | C | Dividend | K | T | Buy (add'l) | 10/03 | J | | market |
| 68. Dreyfus MidCap Value | A | Dividend | K | T | Buy (add'l) | 03/03 | J | | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Drefus MidCap Value | | None | | | Buy (add'l) | 06/30 | J | | market |
| 70. Dreyfus MidCap Value | | None | | | Buy (add'l) | 12/10 | J | | market |
| 71. Dreyfus Appreciation | A | Dividend | K | T | Buy (add'l) | 02/14 | J | | market |
| 72. Dreyfus Appreciation | | None | | | Buy (add'l) | 04/28 | J | | market |
| 73. Dreyfus Appreciation | | None | | | Buy (add'l) | 11/05 | J | | market |
| 74. Dreyfus NY Tax Exempt | B | Dividend | K | T | Buy (add'l) | 02/12 | J | | market |
| 75. Dreyfus NY Tac Exempt | | None | | | Buy (add'l) | 3/3 | J | | market |
| 76. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 4/21 | J | | market |
| 77. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 5/09 | J | | market |
| 78. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 6/5 | J | | market |
| 79. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 6/16 | J | | market |
| 80. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 7/7 | J | | market |
| 81. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 8/4 | J | | market |
| 82. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 9/3 | J | | market |
| 83. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 10/3 | J | | market |
| 84. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 10/30 | J | | market |
| 85. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 12/5 | J | | market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dreyfus Stock Fund | A | Dividend | K | T | Buy (add'l) | 4/8 | J | | market |
| 87. Dreyfus Stock Fund | | None | | | Buy (add'l) | 7/2 | J | | market |
| 88. Dreyfus Stock Fund | | None | | | Buy (add'l) | 7/9 | J | | market |
| 89. Syracuse Police Fed Credit Union CDs & Base A/C | B | Interest | K | T | | | | | |
| 90. M&T Bank Syracuse Checking A/C | A | Interest | J | T | | | | | |
| 91. Metlife Bank & Money Mrk A/C | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 7/9/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544